COMPLAINT:

COMPLAINANT: *PLAINTIFF*
MR. HAYWOOD MACK ROSS
517 BLACK STREET
WHARTON, TEXAS 77488

COMPLAINANT IS AGAINST: *DEFENDANT*
CITY OF WHARTON, TEXAS
120 E. CANEY STREET
WHARTON, TEXAS 77488
CITY COUNCILMAN CLIFFORD JACKSON
AND
COMMUNITY DEVELOPMENT DIRECTOR MS. GWYNETH
TEVES

Event(s) that cause me to believe my rights are violated
on a persistent basis:
I live in a trailer/mobile home on Black Street in
Wharton. I have been informed that I have a (3) months
under a City Variance and then I must move my trailer off
of my land, trailer title, and land property tax exemption
disabled military Veteran without any kind of
documentation whatsoever from the City of Wharton.

The date(s) of this alleged PROPERTY RIGHTS violation is on going with winter at hand and I have to bathe and clean myself at a motel because it appears the whole town know about this so-called unwritten variance against my mobile home.

I would like to exercise my United States Constitutional Right to free speech toward public figures here in Wharton, Texas. Teves and particularly Councilman Cliff Jackson demonstrate that they are thoroughly unconscionable about any notion of HUMAN DIGNITY.

Therefore, I shall submit this complaint to the Federal Court in Houston as a violation of my civil rights and seek appointment of Attorney and damages due to the fact that I am a compensated disabled Veteran United States Armed Forces and suffer depression as a Social Security disability.

Thank you very much!

Mr. Haywood Mack Ross
517 Black Street
Wharton, Texas 77488
[979]253-4893

INTENTIONAL INFLICTION MENTAL/EMOTIONAL DISTRESS!

**How to File a Complaint**

**Online**

You can file a complaint with FHEO online in English or Spanish.

**Email**

You can download this form (also available in Arabic, Cambodian, Chinese, Korean, Russian, Somali, Spanish, and Vietnamese) and email it to your local FHEO office at the email address on this list.

**Phone**

You can speak with an FHEO intake specialist by calling 1-800-669-9777 or 1-800-877-8339.

You can also call your regional FHEO office at the phone numbers on this list.

**Mail**

You can print out this form (also available in Arabic, Cambodian, Chinese, Korean, Russian, Somali, Spanish, and Vietnamese) and mail it to your regional FHEO office at the address on this list.

---

**Information About Filing a Complaint**

If you believe your rights may have been violated, we encourage you to submit a complaint.

Because there are time limits on when a complaint can be filed with HUD after an alleged violation, you should submit a complaint as soon as possible.

When submitting a complaint, please provide as much information as possible, including:

- Your name and address;
- The name and address of the person(s) or organization your complaint is against;
- The address or other identification of the housing or program involved;
- A short description of the event(s) that cause you to believe your rights were violated; and
- The date(s) of the alleged violation.

**Privacy Statement:** The information submitted to HUD may be used to investigate and process claims of housing and other types of discrimination. It may be disclosed for lawful investigatory

purposes, including to the U.S. Department of Justice for its use in the filing of pattern and practice suits of housing discrimination or the prosecution of the person(s) who committed the discrimination where violence is involved; the public, where appropriate; and to State or local fair housing agencies that administer substantially equivalent fair housing laws for complaint processing. Though disclosure of the information is voluntary, failure to provide some or all of the requested information may result in the delay or denial of help with your housing discrimination complaint.

## Retaliation Is Illegal

It is illegal to retaliate against any person for making a complaint, testifying, assisting, or participating in any manner in a proceeding under HUD's complaint process at any time, even after the investigation has been completed. The Fair Housing Act also makes it illegal to retaliate against any person because that person reported a discriminatory practice to a housing provider or other authority. If you believe you have experienced retaliation, you can file a complaint.

## Assistance for Persons with Disabilities

HUD provides a toll-free teletypewriter (TTY) line: 1-800-877-8339. You can also ask for disability-related assistance when you contact FHEO, including reasonable accommodations and auxiliary aids and services.

## Assistance for Persons with Limited English Proficiency

You can file a complaint in any language. For persons with limited English proficiency, HUD provides interpreters. HUD also provides a Spanish language version of the online housing complaint form. You can find descriptions of your fair housing rights in several languages other than English here.

## Types of Complaints Investigated by FHEO

FHEO investigates complaints, which may be one or both of the following types:

- Discrimination under the Fair Housing Act (including housing that is privately owned and operated)
- Discrimination and other civil rights violations in housing and community development programs, including those funded by HUD

| Complaints Involving Discrimination under the Fair Housing Act | |
| --- | --- |
| *How Your Rights May Have Been Violated* | Discrimination in renting or buying a home, getting a mortgage, seeking housing assistance, or engaging in other housing-related activities |
| *Applicable Law and Protected Classes* | Fair Housing Act (race, color, national origin, religion, sex, familial status, disability) |
| *Who May File a Complaint* | Anyone who has been or will be harmed by a discriminatory housing practice |
| *Who May Have a Complaint Filed Against Them* | Property owners, property managers, developers, real estate agents, mortgage lenders, homeowners associations, insurance providers, and others who affect housing opportunities |
| Complaints Involving Discrimination in Housing and Community Development Programs | |
| *How Your Rights May Have Been Violated* | Discrimination and other violations of civil rights in HUD programs (for example, failure to ensure meaningful access by persons with limited English proficiency) |
| *Applicable Laws and Protected Classes* | Title VI of the Civil Rights Act of 1964 (race, color, national origin); Section 109 of the Housing and Community Development Act of 1974 (race, color, national origin, religion, sex); Section 504 of the Rehabilitation Act of 1973 (disability); Title II of the Americans with Disabilities Act of 1990 (disability); Architectural Barriers Act of 1968 (disability); Age Discrimination Act of 1975 (age); Title IX of the Education Amendments Act of 1972 (sex) |
| *Who May File a Complaint* | Anyone |
| *Who May Have a Complaint Filed Against Them* | Any recipient or subrecipient of HUD financial assistance, States, local governments, and private entities operating housing and community development and other types of services, programs, or activities |

**Additional Resources**

- Learn About the Complaint Process
- Get Help Before Filing a Complaint
- Complaint Filing in Languages Other than English

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

005914 - 007048

**HAYWOOD MACK ROSS**
**PO BOX 2**
**WHARTON, TX 77488-0002**

▼ DETACH HERE ▼                                        - - -

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES



1 5 6 6 1 1 6 2 7

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 5SFNB2827JE354312 | 2018 | NORT | CT |

| | | | TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|---|---|---|
| | | | 24120044234150212 | 02/16/2021 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | ODOMETER READING |
|---|---|---|---|---|
| 24B | | 5400 | B324164 | |

PREVIOUS OWNER
**WHARTON COUNTY RECOVERY WHARTON TX**

REMARK(S)

OWNER
**HAYWOOD MACK ROSS**
**PO BOX 2**
**WHARTON, TX 77488**

X _Mr. Haywood Mack Ross_

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED | DATE |
|---|---|---|---|
| NONE | | BY | AUTHORIZED AGENT |

| DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED | DATE |
|---|---|---|---|
| | | BY | AUTHORIZED AGENT |

| DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED | DATE |
|---|---|---|---|
| | | BY | AUTHORIZED AGENT |

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**R I G H T S   O F   S U R V I V O R S H I P   A G R E E M E N T**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THIS AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S)

| SIGNATURE | DATE |
|---|---|
| SIGNATURE | DATE |
| SIGNATURE | DATE |

FORM 30-C REV. 05/2016          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

SAFEGUARD IT.

| | 1. LAST NAME-FIRST NAME-MIDDLE NAME | | 2. SERVICE NUMBER | | 3. SOCIAL SECURITY NUMBER | | |
|---|---|---|---|---|---|---|---|
| **PERSONAL DATA** | ROSS  HAYWOOD  MC | | AF15841768 | | 464 | 76 | 6671 |

| | 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF RANK | DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | AIR FORCE                RegAF | A1C | E3 | | 1 | Sep | 67 |

| 7. U. S. CITIZEN | 8. PLACE OF BIRTH (City and State or Country) | 9. DATE OF BIRTH | DAY | MONTH | YEAR |
|---|---|---|---|---|---|
| XX YES  ☐ NO | Wharton, Texas | | 7 | Jul | 48 |

| **SELECTIVE SERVICE DATA** | 10 a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | c. DATE INDUCTED | | | |
|---|---|---|---|---|---|---|
| | | | DAY | MONTH | YEAR | |
| | 41  129  48 | LB#129,Wharton,Wharton County, Texas | N/A | | | |

| | 11 a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|---|
| **TRANSFER OR DISCHARGE** | DISCHARGE | Charleston AFB, South Carolina |

| c. REASON AND AUTHORITY (SPN277)Physical Disability-RPN-AFM35-4&Ltr437 ABCp(BCO),29Oct68,Req for Disch(A1C H.M.Ross) | d. EFFECTIVE DATE | DAY | MONTH | YEAR |
|---|---|---|---|---|
| | | 31 | Oct | 68 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13 a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| 437 Security Police Sq (MAC) | HONORABLE | DD Form 256AF |

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| N/A | 2 |

| | 16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION | | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | 6.TERM OF SERVICE (Years) | c. DATE OF ENTRY | | |
|---|---|---|---|---|---|---|---|
| | DAY | MONTH | YEAR | a. SOURCE OF ENTRY | | DAY | MONTH | YEAR |
| | N/A | | | X ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED  ☐ OTHER  AFQT: 8C(33-III) | 4 | 15 | Aug | 66 |

| | 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC. | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) | | | |
|---|---|---|---|---|---|---|
| | NONE | Airman Basic | Houston, Texas | | | |

| **SERVICE DATA** | 21 HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | 22. | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|---|
| | 573 Elm Street, Wharton,WhartonCounty, Texas | CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 02 | 02 | 16 |
| | | | (2) OTHER SERVICE | 00 | 00 | 00 |
| | 23a. SPECIALTY NUMBER & TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (3) TOTAL (Line (1) plus Line (3)) | 02 | 02 | 16 |
| | 81150A Security Policeman | Unknown | b. TOTAL ACTIVE SERVICE | 02 | 02 | 16 |
| | | | c. FOREIGN AND/OR SEA SERVICE | 00 | 00 | 00 |

| 24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| NDSM AFM 900-3 |

| 25. EDUCATION AND TRAINING COMPLETED |
|---|
| (ECI) 10000 Completed 1967<br>(ECI) 77150 Completed 1967 |

| **VA AND EMP. SERVICE DATA** | 26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27 a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|---|
| | Notimelost | 12 | ☐ YES  XX NO | $ N/A | N/A |
| | 28. VA CLAIM NUMBER | | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | | |
| | C- N/A | | X $10,000  ☐ $5,000  ☐ NONE | | |

| **REMARKS** | 30. REMARKS |
|---|---|
| | High School-Graduated. Blood Group-A Pos. GDSD:N/Aug66. G-50,A-60,M-35,B-45;Feb68. INAC completed 13 Oct 66,filedDGD NACC Ft Holabird, Md. Not entitled to disability severance pay. |

| **AUTHENTICATION** | 31 PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|---|
| | RT#3, Box163,Wharton,Texas,77488 | Haywood Mc Ross |
| | 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
| | BOBBY F. FLANNERY, 2LT, USAF CHIEF, PORT SEPARATION SECTION | Bobby F. Flannery |

| DD FORM 214 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE |
|---|---|---|